IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terenzo D. Allen,   Case No. 3:18 CV 2839

       Petitioner,   ORDER ADOPTING
  <u>REPORT AND RECOMMENDATION</u>
   -vs-
  JUDGE JACK ZOUHARY
Warden James Haviland,

       Respondent.

Petitioner Terenzo Allen seeks a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1). On October 22, 2021, Magistrate Judge Carmen Henderson issued a Report and Recommendation ("R&R") recommending this Court dismiss the Petition (Doc. 11 at 43).

Although this Court reviews *de novo* any portions of an R&R to which a party timely objects under 28 U.S.C. § 636(b)(1), failure to timely object waives district and appellate court review of the R&R. *See Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981). The R&R notified Allen that failure to object would result in waiver (Doc. 11 at 43). *See Walters*, 638 F.2d at 950. Allen has not objected, and the deadline for objections has passed. This Court therefore adopts the R&R (Doc. 11) in its entirety.

The Petition (Doc. 1) is dismissed. There is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2). Further, an appeal from this Order could not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

                                                                                s/ *Jack Zouhary*
                                                                 JACK ZOUHARY
                                                                 U. S. DISTRICT JUDGE

                                                                 November 30, 2021